```
                                          FILED
                                     U.S. DISTRICT COURT
                                    EASTERN DISTRICT OF LA

                                      2005 AUG 24  PM 4: 20

                                       LORETTA G. WHYTE
                                            CLERK
```

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JANET MOULTON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 05-0008** |
| **COMMISSIONER SOCIAL SECURITY** | **SECTION: "F" (4)** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly,

**IT IS ORDERED THAT** the Motion to Dismiss (doc. #10) be **GRANTED in PART and DENIED in Part.** It is **GRANTED IN PART** to the extent that the court finds that the plaintiff has failed to plead the appropriate jurisdictional basis in the complaint. It is **DENIED IN PART** to the extent that the defendant seeks an immediate dismissal as the plaintiff is granted **15 days** to amend the complaint to cure the defective pleading.

New Orleans, Louisiana, this 24TH day of AUGUST, 2005.

*Martin L. C. Feldman*
**UNITED STATES DISTRICT JUDGE**

```
___ Fee ___
___ Process ___
 X  Dktd ___
 L  CtRmDep ___
___ Doc. No ___
```